IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DOUGLAS AREVALO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13cv1219 |
| EQUIFAX INFORMATION SERVICES, LLC et al, | ) |
| Defendant. | ) |

O R D E R

For the reasons stated from the bench, and in accord with specific rulings made at that time, it is

ORDERED that:

1. Defendant Granite Bay's motions to set aside default (no. 55) and to file a late answer (no. 57) are GRANTED.

2. Plaintiff's motion for default judgment (no. 46) is DENIED.

ENTERED this 6th day of June, 2014.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia