IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| DOUGLAS AREVALO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:13cv1219 (TSE/TRJ) |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF WAIVER OF ORAL ARGUMENT ON PLAINTIFF'S MOTION
FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiff, Douglas Arevalo, by counsel, pursuant to Local Rule 7(E) of the Local Rules for the Eastern District of Virginia, hereby waives a hearing on his Motion for an Award of Attorneys' Fees and Costs (Docket No. 74).

Respectfully Submitted,
**DOUGLAS AREVALO**

By: _____/s/_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, VA  22030
(703) 424-7570 – Telephone
(703) 591-0167 – Facsimile
E-mail:  kkelly@kellyandcrandall.com
E-mail:  aguzzo@kellyandcrandall.com

Matthew J. Erausquin, VSB #65434
Casey S. Nash, VSB # 84261
CONSUMER LITIGATION ASSOC., P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile
matt@clalegal.com
casey@clalegal.com

                          Leonard A. Bennett, VSB # 37523
                          CONSUMER LITIGATION ASSOCIATES, P.C.
                          763 J. Clyde Morris Blvd. 1A
                          Newport News, Virginia 23601
                          Telephone:  (757) 930-3660
                          Facsimile:  (757) 930-3662
                          Email: lenbennett@clalegal.com
                          *Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

     I hereby certify that on this 23rd day of June, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will then send notification of such filing (NEF) to the following:


                          Ethan G. Ostroff
                          TROUTMAN SANDERS LLP
                          P. O. Box 61185
                          222 Central Park Ave., Suite 2000
                          Virginia Beach, VA 23462
                          Email: ethan.ostroff@troutmansanders.com
                          *Counsel for Granite Bay Acceptance, Inc.*


                          _____/s/_____
                          Kristi C. Kelly (VSB# 72791)
                          KELLY & CRANDALL, PLC
                          4084 University Drive, Suite 202A
                          Fairfax, VA  22030
                          (703) 424-7570 – Telephone
                          (703) 591-0167 – Facsimile
                          E-mail:  kkelly@kellyandcrandall.com